UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   22-8042-WM

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

LENNY LAGUERRE,

       Defendant.

_____/

## NOTICE OF REQUEST FOR DISCLOSURES OF EXPERT WITNESS SUMMARIES

The defendant, Lenny Laguerre, through undersigned counsel, files this notice of request for disclosures of expert witness summaries pursuant to Fed. R. Crim. P. 16(a)(1)(G) and paragraph N of the Standing Discovery Order. The defendant requests disclosure of expert testimony the government intends to introduce at trial during its case-in-chief. As to each potential expert witness, the government should disclose the name of the expert witness, the witness' qualifications, present employment, a summary of the witness' opinion, and the bases and reasons for the opinion. *See, e.g., United States v. Ortega*, 150 F.3d 937, 943 (8th Cir. 1998)

1

(agent's testimony, involving specialized knowledge of drug-related activities and paraphernalia, was expert opinion subject to disclosure).

                Respectfully submitted,

                MICHAEL CARUSO
                Federal Public Defender

                s/ *Peter Birch*
                Peter Birch
                Assistant Federal Public Defender
                Attorney for the Defendant
                Florida Bar No. 304281
                450 South Australian Avenue, Suite 500
                West Palm Beach, Florida 33401
                (561) 833-6288 - Telephone
                Peter_Birch@FD.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on March 22, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                s/ *Peter Birch*
                Peter Birch